■ THOMAS J. CLARK, Respondent, v. TECHNICAL TAPE CORPORATION, Appellant.— In a negligence action to recover damages for personal injury, defendant appeals from an order of the City Court of New Rochelle, dated July 23, 1962, which denied conditionally its motion to dismiss the complaint for lack of prosecution. Order affirmed, without costs. No opinion. Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.

■ MICHAEL COCHRAN, Plaintiff, v. JOHN LAGANA, Defendant and Third-Party Plaintiff-Appellant. NEW YORK MUTUAL CASUALTY INSURANCE CO., Third-Party Defendant-Respondent.— In a negligence action to recover damages for personal injury in which the defendant Lagana served a third-party complaint, said defendant, as third-party plaintiff, appeals from an order of the Supreme Court, Kings County, dated March 30, 1962 and entered in Richmond County, which granted the motion of the third-party defendant, the New York Mutual Casualty Insurance Co., for summary judgment dismissing the third-party complaint. Order affirmed, with $10 costs and disbursements. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.